RECEIVED
IN ALEXANDRIA, LA.

DEC 0 2 2009

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DONNA GUILLORY | CIVIL ACTION |
|     Appellant | NO. 2:08-cv-00773 |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE JAMES D. KIRK |
| COMMISSIONER OF SOCIAL SECURITY | |
|     Appellee | |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS **ORDERED** that Guillory's appeal be DENIED and that the final decision of the Commissioner be AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _2nd_ day of _December_, 2009.

                                              _____
                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE